# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 15, 2020

158298 & (56)

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellant,

v

ALVIN BERNARD JENKINS, SR.,
    Defendant-Appellee.

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

SC: 158298
COA: 336203
Saginaw CC: 16-042044-FH

_____/

On order of the Court, the motion for rehearing and the motion to remand are considered, and they are DENIED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 15, 2020



Clerk

p0715